UNITED STATES of America, Plaintiff–Appellee,

v.

Bobby Forrester SPOONE, Jr., Defendant–Appellant.

No. 02–6365.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided May 28, 2002.

Bobby Forrester Spoone, Jr., Appellant Pro Se.

David Calhoun Stephens, Assistant United States Attorney, Greenville, SC, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

PER CURIAM.

Bobby Forrester Spoone, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Spoone*, Nos. CR–98–178; CA–00–3378–6–13BG (D.S.C. Jan. 18, 2002). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*